IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT TURNER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 1:17-cv-1352 |
| FRANCISCAN ALLIANCE, INC. d/b/a Franciscan Health Indianapolis, formerly St. Francis Hospital | ) ) ) ) ) |
| Defendant | ) |

## DEFENDANT, FRANCISCAN ALLIANCE, INC.'S
## ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES

Defendant, Franciscan Alliance, Inc. d/b/a Franciscan Health Indianapolis ("Defendant"), by counsel, states the following in response to the Complaint for Damages filed by Plaintiff, Robert Turner ("Plaintiff").

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of Plaintiff's Complaint for Damages.

## PARTIES

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of Plaintiffs' Complaint for Damages.

3. Defendant admits the allegations in Paragraph 3 of Plaintiffs' Complaint for Damages.

## JURISDICTION AND VENUE

4. Defendant admits the allegations in Paragraph 4 of Plaintiffs' Complaint for Damages.

5. Defendant admits the allegations in Paragraph 5 of Plaintiffs' Complaint for Damages.

6. Defendant admits the allegations in Paragraph 6 of Plaintiffs' Complaint for Damages.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of Plaintiffs' Complaint for Damages.

8. Defendant admits the allegations in Paragraph 8 of Plaintiffs' Complaint for Damages.

## FACTUAL ALLEGATIONS

9. Defendant admits the allegations in Paragraph 9 of Plaintiffs' Complaint for Damages.

10. Defendant admits the allegations in Paragraph 10 of Plaintiffs' Complaint for Damages.

11. Defendant admits the allegations in Paragraph 11 of Plaintiffs' Complaint for Damages.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of Plaintiffs' Complaint for Damages.

13. Defendant denies the allegations in Paragraph 13 of Plaintiffs' Complaint for Damages.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of Plaintiffs' Complaint for Damages.

15. Defendant admits the allegations in Paragraph 15 of Plaintiffs' Complaint for Damages.

16. Defendant denies the allegations in Paragraph 16 of Plaintiffs' Complaint for Damages.

17. Defendant denies the allegations in Paragraph 17 of Plaintiffs' Complaint for Damages.

18. Defendant denies the allegations in Paragraph 18 of Plaintiffs' Complaint for Damages.

19. Defendant denies the allegations in Paragraph 19 of Plaintiffs' Complaint for Damages.

20. Defendant denies the allegations in Paragraph 20 of Plaintiffs' Complaint for Damages.

21. Defendant denies the allegations in Paragraph 21 of Plaintiffs' Complaint for Damages.

22. Defendant denies the allegations in Paragraph 22 of Plaintiffs' Complaint for Damages.

23. Defendant denies the allegations in Paragraph 23 of Plaintiffs' Complaint for Damages.

24. Defendant denies the allegations in Paragraph 24 of Plaintiffs' Complaint for Damages.

25. Defendant denies the allegations in Paragraph 25 of Plaintiffs' Complaint for Damages.

26. Defendant denies the allegations in Paragraph 26 of Plaintiffs' Complaint for Damages.

27. Defendant denies the allegations in Paragraph 27 of Plaintiffs' Complaint for Damages.

## CAUSES OF ACTION

### COUNT I – RETALIAION – TITLE VII

28. Defendant incorporates by reference paragraphs 1-27 of its Answer to Plaintiff's Complaint for Damages as if the same were set for at length herein.

29. Defendant denies the allegations in Paragraph 29 of Plaintiffs' Complaint for Damages.

30. Defendant denies the allegations in Paragraph 30 of Plaintiffs' Complaint for Damages.

31. Defendant denies the allegations in Paragraph 31 of Plaintiffs' Complaint for Damages.

32. Defendant denies the allegations in Paragraph 32 of Plaintiffs' Complaint for Damages.

WHEREFORE, Defendant, St. Francis Hospital & Health Center, prays that Plaintiff, Robert Turner, take nothing by way of his Complaint for Damages in this action, for costs herein, and for all other relief just and proper in the premises.

## I. ADDITIONAL AND AFFIRMATIVE DEFENSES

Defendant has undertaken in good faith to list all of the additional or affirmative defenses that it may have with respect to causes of action or claims presented in Plaintiff's Complaint for Damages. However, Defendant specifically reserves the right to amend, supplement, restate and/or withdraw any of its additional or affirmative defenses or to assert additional defenses based upon: (i) Plaintiff's failure sufficiently to particularize his causes of action or claims; and

(ii) Defendant's continuing analysis and investigation of the underlying matters, as well as the allegations stated in Plaintiff's Complaint for Damages. Furthermore, by characterizing the following as defenses, Defendant does not admit that it bears the burden of proof on any of the issues raised by the following defenses.

Subject to and without waving any of the foregoing, Defendant asserts the following special, affirmative and/or additional defenses:

1. Defendant had a legitimate, nondiscriminatory and non-retaliatory reason for terminating Plaintiff's employment.

2. Plaintiff's claim for punitive damages is barred because Defendant neither acted nor failed to act in a manner entitling Plaintiff to punitive damages.

WHEREFORE, Defendant, Franciscan Alliance, Inc. d/b/a Franciscan Health Indianapolis prays that Plaintiff, Robert Turner, take nothing by way of his Complaint for Damages in this action, for costs herein, and for all other relief just and proper in the premises.

RILEY BENNETT EGLOFF LLP

s/ Donald S. Smith
Donald S. Smith, No. 1747-49
dsmith@rbelaw.com
Attorney for Defendant,
Franciscan Alliance, Inc. d/b/a
Franciscan Health Indianapolis

RILEY BENNETT EGLOFF LLP
Fourth Floor
141 East Washington Street
Indianapolis, IN  46204
(317) 636-8000
(317) 636-8027 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2017, a copy of the foregoing *Defendant, Franciscan Alliance's Answer to Plaintiff's Complaint for Damages* was filed electronically with this Court and served on all parties entitled to receive notice via the Court's CM/ECF System.

s/ Donald S. Smith
Donald S. Smith

DSS/2959.071/dab