IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:17-cv-01352-SEB-DLP |
| ) | |
| FRANCISCAN ALLIANCE, INC. ) | |
| d/b/a Franciscan Health Indianapolis, ) | |
| formerly St. Francis Hospital, ) | |
| ) | |
| Defendant ) | |

## ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff, Robert Turner, by counsel and Defendant, Franciscan Alliance, Inc. d/b/a Franciscan Health Indianapolis, formerly St. Francis Hospital, by counsel, having stipulated and agreed to the dismissal of all claims in the foregoing cause of action, with prejudice, costs paid, and the Court having examined said Stipulation and being duly advised in the premises now finds that said Stipulation is meritorious and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that this action is hereby dismissed, with prejudice, costs paid.

_____8/9/2018_____
Date

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution: electronically on all ECF-registered counsel of record

{01530762- }